IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RICHARD JOHNSON,

      Plaintiff,

v.                                    CASE NO. 5:08cv205-RH/MD

JIMMY CRAWSON, et al.,

      Defendants.

_____/

## ORDER OF DISMISSAL

This matter is before the court on the magistrate judge's report and recommendation (document 15), to which no objections have been filed.

The report and recommendation correctly analyzes the law in all respects. The plaintiff is not entitled to recover on his complaint as framed. There is no reason to believe the plaintiff could amend the complaint to state a claim on which relief could be granted. And the plaintiff has not tendered an amended complaint in response to the report and recommendation (as he could have done as of right), nor filed objections to the report and recommendation's conclusion that the case should be closed. I thus accept the recommendation not only that the complaint be

dismissed, but also that judgment be entered and the case closed.  If the plaintiff asserts he could amend the complaint to cure the deficiencies identified in the report and recommendation, he may file a timely motion to alter or amend the judgment.

For these reasons,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court.  The complaint is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B).  The clerk must enter judgment, note on the docket that the case was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B), and close the file.

SO ORDERED on September 25, 2008.

                                              s/Robert L. Hinkle
                                              Chief United States District Judge